**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Ralph Hooks
Warden
St. Clair Correctional Fac.
1000 St. Clair Road
Springville, AL 35146

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Harold W. Cork_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
HAROLD WICK

C. Date of Delivery
1-11-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07-9    produce order perk in guy

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 4124

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540