IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GRADY GIBSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 2:07-CV-0009-MHT |
| | ) | |
| RALPH HOOKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Come now the Respondents to move the Court for an additional twenty (20) days to file its response to the petition.

The Respondents had other filings due during this period. Additionally, the extensive records for this case had to be obtained from Archives and Respondents have not had sufficient time to address all issues raised by Gibson.

Respondents respectfully request that the Court grant the addition time in which to file the Response.

Respectfully submitted,

Troy King – KIN047
*Attorney General*
State of Alabama


s/James B. Prude
James B. Prude (PRU005)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>30th</u> day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: <u>The Honorable Jenny R. Ryan, 2600 7th St. Tuscaloosa, Al 35401</u>

                                        s/James B. Prude
                                        James B. Prude (PRU005)
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union
                                        Montgomery, AL  36130-0152
                                        Telephone: (334) 242-7300
                                        Fax: (334) 242-2848
                                        E-Mail: JPrude@ago.state.al.us

227495/102559-001

2