IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 MAR 20 P 12: 02

| | |
|---|---|
| GRADY GIBSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-0009-MHT |
| RALPH HOOKS, et al., ) | |
| ) | |
| ) | |
| ) | |
| Respondents. ) | |

## SUBMISSION OF EXHIBITS
## IN SUPPORT OF ANSWER

Come now the Respondents, by and through the Attorney General of Alabama, to submit the exhibits in support of the Answer filed on March 12, 2007. By agreement with counsel for the petitioner, no copies of the exhibits are being served on counsel for the petitioner because counsel confirmed that she already has copies of said exhibits.

1) Trial Transcript, Exhibit A;

2) Gibson's brief on direct appeal, Exhibit B;

3) State's brief on direct appeal, Exhibit C;

4) Gibson's reply brief on direct appeal, Exhibit D;

5) First Rule 20 Trial Transcript, Exhibit E;

6) Gibson's brief on appeal, Exhibit F;

7) State's brief on appeal, Exhibit G;

8) Second Rule 20 Trial Transcript, Exhibit H;

9) Gibson's brief on appeal, Exhibit I;

10) State's brief on appeal, Exhibit J;

11) Gibson's reply brief on appeal, Exhibit K;

12) Memorandum opinion, Exhibit L;

13) Gibson's Third Petition (Rule 32 petition), Exhibit M;

14) Gibson's brief on appeal, Exhibit N;

15) State's brief on appeal, Exhibit O;

16) Memorandum opinion, Exhibit P;

17) Certificate of Judgment, Exhibit Q

Respectfully submitted,

Troy King – KIN047
*Attorney General*
State of Alabama

*[signature]*
James B. Prude (PRU005)
Assistant Attorney General

2

# CERTIFICATE OF SERVICE

I hereby certify on this 20th day of March, 2007, I served a copy of the foregoing on the attorney for Gibson (excluding exhibits), by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

The Honorable Jenny R. Ryan
2600 7th St.
Tuscaloosa, Al 35401

_____
James B. Prude
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300
247512/104112-001

3