IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

GRADY GIBSON

  Plaintiff,

v.    CASE NO. 2:07-cv-00009

RALPH HOOKS, et al

  Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Grady Gibson__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

2/4/2008
Date

(Signature)

Jenny R. Ryan
(Counsel's Name)

**Grady Gibson**
Counsel for (print names of all parties)
2600 7th Street
Tuscaloosa, AL 35401
Address, City, State Zip Code
(205) 349-1727
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, JENNY R. RYAN, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4th day of February 20 08, to:

Troy King, Alabama Attorney General

James Prude, Assistant Attorney General

Office of the Attorney General

Criminal Appeals Division

11 South Union Street

Montgomery, AL 36130-0152

2/4/2008
Date

Signature