IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRADY GIBSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-0009-MHT |
| RALPH HOOKS, et al., ) | |
| ) | |
| ) | |
| ) | |
| Respondents. ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW Troy King and Ralph Hooks, Respondents in the above-captioned matter, and in accordance with the order of this Court, to make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047, states that:

Troy King and Ralph Hooks, named parties to the above-captioned case as required under 28 U.S.C. § 2242 and Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases and, accordingly, have been sued by Gibson in their official capacities. Neither the Attorney General nor Ralph Hooks

have any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Ralph Hooks is no longer the warden at the St. Clair Correctional Facility. The present warden, David Wise, also has no known affiliations that would create a professional or financial conflict for a judge on this Court.

_____
James B. Prude (PRU005)
Counsel for Ralph Hooks, Warden of the St. Clair Correctional Facility and Troy King, Alabama Attorney General
 Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2008, I served a copy of the Conflict Disclosure Statement on the attorney for Gibson by placing same in the United States mail, first class, postage prepaid and addressed as follows:

    Honorable Jenny R. Ryan
    2600 7th St.
    Tuscaloosa, Al 35401

    /s/ James B. Prude
    James B. Prude (PRU005)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, AL 36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 242-2848
    E-Mail: JPrude@ago.state.al.us

379215/104112-001